UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUCILLE WARMSLEY** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 10-700-RET-DLD** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | |

### ORDER

This matter is before the court on a referral from the district court on defendant's motion to compel discovery responses and initial rule 26 disclosures (rec. doc. 9), filed herein on April 26, 2011. Defendant stated that it propounded discovery to plaintiff on October 25, 2010, and plaintiff stated that she provided discovery responses on May 17, 2011.

In reviewing the motion, the court first notes that the discovery was propounded before the parties conferred as required by F.R.C.P. Rule 26(f). *See also*, Local Rule 26.2. Under F.R.C.P. 26(d), a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f);[1] thus, defendant's discovery request was premature. Also, as plaintiff has responded to the discovery requests, the motion is also moot.

Accordingly,

**IT IS ORDERED** that the motion to compel (rec. doc. ) be **DISMISSED as moot.**

Signed in Baton Rouge, Louisiana, on May 31, 2011.

**MAGISTRATE JUDGE DOCIA L. DALBY**

---

[1] Rule 26(d) and Local Rule 26.2 allow exceptions to the requirements of Rule 26(f), but those exceptions are not applicable to this matter.